**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MYRON JONES and SHARON JONES, husband and wife,<br><br>           Plaintiffs,<br><br>vs.<br><br>YAMAHA MOTOR CO., LTD., a foreign corporation; YAMAHA MOTOR CORPORATION, U.S.A., a foreign corporation; YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, a foreign corporation; and Black and White Companies I-X,<br><br>           Defendants. | NO. CIV07-01718- PHX-JAT<br><br>**ORDER** |

   Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown,

   IT IS ORDERED GRANTING Plaintiffs' Motion to Appoint International Process Server (Doc. #4).

1  IT IS FURTHER ORDERED appointing Crowe Foreign Services, 1020 SW Taylor
2  Street, Suite 240, Portland, Oregon, 92705, and its agents, as the authority and judicial
3  officer competent under the jurisdiction of this Court to forward to the Central Authority in
4  the applicable country any and all documents to be served in this case.
5  Dated this 19th day of October, 2007.

_____
James A. Teilborg
United States District Judge